## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy A. Stewart,<br>  aka Timothy Alan Stewart<br>    & <br>  Gretchen W. Stewart,<br>  aka Gretchen J. Stewart,<br>  fka Gretchen Joyce Wagner,<br>  aka Gretchen Wagner Gettens<br><br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 15-23443 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of FREEDOM MORTGAGE and index same on the master mailing list.

         Respectfully submitted,

         **/s/ James C. Warmbrodt, Esquire**
         James C. Warmbrodt, Esquire
         jwarmbrodt@kmllawgroup.com
         Attorney I.D. No. 42524
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106
         Phone: (215)-627-1322

         Attorney for Movant/Applicant