# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TIMOTHY A. STEWART<br>GRETCHEN W. STEWART | Case No. 15-23443CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FREEDOM MORTGAGE CORPORATION++<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.   NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

FREEDOM MORTGAGE CORPORATION++      Court claim# 8/Trustee CID# 2
PO BOX 89486
CLEVELAND, OH 44101-9486

The Movant further certifies that on 09/23/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>TIMOTHY A. STEWART, GRETCHEN W. STEWART, 237 ROSCOMMON PLACE, MCMURRAY, PA  15317 | **DEBTOR'S COUNSEL:**<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |
| **ORIGINAL CREDITOR'S COUNSEL:**<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | **ORIGINAL CREDITOR:**<br>FREEDOM MORTGAGE CORPORATION++, PO BOX 89486, CLEVELAND, OH  44101-9486 |
| **NEW CREDITOR:** | |