IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 15-23443 CMB |
| Timothy A. Stewart | ) | Chapter 13 |
| aka Timothy Alan Stewart, | ) | Docket No. |
| Gretchen W. Stewart | ) | |
| aka Gretchen J. Stewart | ) | |
| fka Gretchen Joyce Wagner | ) | |
| fka Gretchen Wager Gettens, | ) | |
| *Debtor(s)* | ) | |
| | ) | |
| | ) | |
| Timothy A. Stewart | ) | |
| aka Timothy Alan Stewart, | ) | |
| Gretchen W. Stewart | ) | |
| aka Gretchen J. Stewart | ) | |
| fka Gretchen Joyce Wagner | ) | |
| fka Gretchen Wager Gettens, | ) | |
| | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 25, 2015 at docket number 23 and 24, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Respectfully submitted,

_____    _____
DATE    Christopher M. Frye, Esquire
    Attorney for the Debtor(s)

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**