**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TIMOTHY A. STEWART<br>GRETCHEN W. STEWART<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>         Movant<br>            vs.<br>  TIMOTHY A. STEWART<br>GRETCHEN W. STEWART<br><br>       Respondents | Case No. 15-23443CMB<br><br>Chapter 13<br><br>Document No. 58 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __20th__ day of __October__, 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

>Lowes Corporate Office
>Attn: Payroll Manager
>1605 Curtis Bridge Rd
>Wilkesboro, NC 28697

is hereby ordered to immediately terminate the attachment of the wages of TIMOTHY A. STEWART, social security number XXX-XX-5200. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TIMOTHY A. STEWART.

BY THE COURT:

FILED
10/20/20 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy A. Stewart  
Gretchen W. Stewart  
    Debtor(s)

Case No. 15-23443-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2  
Date Rcvd: Oct 20, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A. Stewart, Gretchen W. Stewart, 237 Roscommon Place, McMurray, PA 15317-2447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Gretchen W. Stewart, 237 Roscommon Place, McMurray, PA 15317-2447 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor New York Community Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Christopher M. Frye
    on behalf of Joint Debtor Gretchen W. Stewart chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Christopher M. Frye
    on behalf of Debtor Timothy A. Stewart chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9