**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY A. STEWART<br>GRETCHEN W. STEWART<br>   Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>         Movant<br>      vs.<br>No Respondents. | Case No.:15-23443<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.


| | |
|---|---|
| November 24, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/18/2015 and confirmed on 11/2/15 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 140,920.44 |
| Less Refunds to Debtor | 3,933.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 136,986.96 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,400.00 | |
|     Trustee Fee | 6,359.18 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,759.18 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     FREEDOM MORTGAGE CORP | 0.00 | 78,304.77 | 0.00 | 78,304.77 |
|     Acct: 6090 | | | | |
| | | | | 78,304.77 |
| **Priority** | | | | |
|     CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     TIMOTHY A. STEWART | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     TIMOTHY A. STEWART | 3,933.48 | 3,933.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|     STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     AMERICAN HONDA FINANCE CORP* | 3,602.00 | 3,602.00 | 0.00 | 3,602.00 |
|     Acct: 5383 | | | | |
|     AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5383 | | | | |
| | | | | 3,602.00 |
| **Unsecured** | | | | |
|     MIDLAND FUNDING LLC | 5,899.08 | 3,457.57 | 0.00 | 3,457.57 |
|     Acct: 4132 | | | | |
|     AMAZON CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9523 | | | | |
|     ECMC(*) | 5,135.25 | 3,009.87 | 0.00 | 3,009.87 |
|     Acct: 5200 | | | | |
|     AMERICAN EXPRESS BANK FSB | 2,555.04 | 1,497.56 | 0.00 | 1,497.56 |
|     Acct: 2004 | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC | 4,524.50 | 2,651.90 | 0.00 | 2,651.90 |
|     Acct: 5286 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5408 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENI | 88.50 | 51.87 | 0.00 | 51.87 |
|     Acct: 3745 | | | | |
|     DISCOVER BANK(*) | 10,984.18 | 6,438.05 | 0.00 | 6,438.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9266 | | | | |
|   MIDLAND FUNDING LLC | 733.47 | 429.90 | 0.00 | 429.90 |
| Acct: 3761 | | | | |
|   MIDLAND FUNDING LLC | 9,333.52 | 5,470.56 | 0.00 | 5,470.56 |
| Acct: 1456 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 953.37 | 558.79 | 0.00 | 558.79 |
| Acct: 5374 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4655 | | | | |
|   MIDLAND FUNDING LLC | 8,919.96 | 5,228.17 | 0.00 | 5,228.17 |
| Acct: 5379 | | | | |
|   MIDLAND FUNDING LLC | 3,458.86 | 2,027.31 | 0.00 | 2,027.31 |
| Acct: 5454 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F| | 4,513.60 | 2,645.51 | 0.00 | 2,645.51 |
| Acct: 7785 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA F| | 6,543.79 | 3,835.45 | 0.00 | 3,835.45 |
| Acct: 5073 | | | | |
|   MIDLAND FUNDING LLC | 2,705.02 | 1,585.47 | 0.00 | 1,585.47 |
| Acct: 5420 | | | | |
|   MIDLAND FUNDING LLC | 1,952.50 | 1,144.40 | 0.00 | 1,144.40 |
| Acct: 8793 | | | | |
|   MIDLAND FUNDING LLC | 4,423.13 | 2,592.48 | 0.00 | 2,592.48 |
| Acct: 6825 | | | | |
|   MIDLAND FUNDING LLC | 4,599.99 | 2,696.15 | 0.00 | 2,696.15 |
| Acct: 2472 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 45,321.01 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 127,227.78 |
| TOTAL CLAIMED | | |
|   PRIORITY | 3,602.00 | |
|   SECURED | 0.00 | |
|   UNSECURED | 77,323.76 | |

Date: 11/24/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY A. STEWART
    GRETCHEN W. STEWART
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 15-23443

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23443-CMB |
| Timothy A. Stewart | Chapter 13 |
| Gretchen W. Stewart | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 3 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A. Stewart, Gretchen W. Stewart, 237 Roscommon Place, McMurray, PA 15317-2447 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14160097 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14109036 | | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14109037 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14109038 | + | Capital One, P. O. Box 71087, Charlotte, NC 28272-1087 |
| 14109046 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14347441 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14768243 | + | Freedom Mortgage Corporation, 10500 Kincaid Boulevard, Fishers, IN 46037-9764 |
| 14149895 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14109047 | | New York Community Bank, PO Box 742579, Cincinnati, OH 45274-2579 |
| 14121615 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14109051 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2020 05:13:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14118384 | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 02 2020 05:21:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14133568 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 02 2020 05:11:19 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14109040 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 05:20:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14165350 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 02 2020 05:13:32 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14109041 | Email/Text: mrdiscen@discover.com | Dec 02 2020 05:20:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14113935 | Email/Text: mrdiscen@discover.com | Dec 02 2020 05:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14109035 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:12:22 | Amazon-Chase Card Services, PO Box 15153, Wilmington, DE 19886 |
| 14109039 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:12:22 | Chase Slate-Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14109043 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:12:21 | Levin-Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 14109044 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:16 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14143811 | | Email/Text: bankruptcy@mynycb.com | Dec 02 2020 05:20:00 | New York Community Bank, 1801 East Ninth Street, OH99-0222, Cleveland, OH 44114 |
| 14109048 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:16 | Q-Card-Synchrony Bank, P.O. Box 530905, Orlando, FL 32896-5060 |
| 14229306 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2020 05:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14136453 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2020 05:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14109530 | | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2020 05:11:22 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14109049 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:13:23 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14109050 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Sams Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14121914 | + | Email/Text: bncmail@w-legal.com | Dec 02 2020 05:21:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14109053 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109055 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Walmart Master Card/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | New York Community Bank |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109042 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14109045 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14229307 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109054 | * | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109052 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Ann E. Swartz | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New York Community Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com |
| Christopher M. Frye | on behalf of Joint Debtor Gretchen W. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy A. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10