Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

                                           Bankruptcy No. 15-23443 CMB

TIMOTHY A. STEWART
GRETCHEN W. STEWART                           Chapter 13
       Debtors                                  Related to Doc. No. 66

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW**, this **1ˢᵗ** day of ***December, 2020***, a ***Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed by the Chapter 13 Trustee in the above-captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1.  **Any Response,** including a consent to the Motion, shall be filed with the Clerk's Office, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 by ***January 15, 2021***.  Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2.  Said Motion is scheduled for a ZOOM Hearing on ***January 27, 2021 at 11:30 A.M.*** via the Zoom Video Conference Application, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

3.  If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUTPCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE.  REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties.  If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4.  A **maximum** of 10 minutes has been allotted to hear this matter.  Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately.**

5.  If applicable, **Debtor(s) SHALL FILE a Certification of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before *January 15, 2021*.


Carlota M. Böhm, Chief Judge          **dmr**
United States Bankruptcy Court

cm:  **All Parties**


FILED
12/1/20 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 15-23443-CMB

Timothy A. Stewart                                                          Chapter 13

Gretchen W. Stewart

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dric                                      Page 1 of 3

Date Rcvd: Dec 01, 2020                Form ID: pdf900                          Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A. Stewart, Gretchen W. Stewart, 237 Roscommon Place, McMurray, PA 15317-2447 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14160097 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14109036 | | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14109037 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14109038 | + | Capital One, P. O. Box 71087, Charlotte, NC 28272-1087 |
| 14109046 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14347441 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14768243 | + | Freedom Mortgage Corporation, 10500 Kincaid Boulevard, Fishers, IN 46037-9764 |
| 14149895 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14109047 | | New York Community Bank, PO Box 742579, Cincinnati, OH 45274-2579 |
| 14121615 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14109051 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2020 05:13:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14118384 | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 02 2020 05:21:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14133568 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 02 2020 05:13:24 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14109040 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2020 05:20:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14165350 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 02 2020 05:11:26 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14109041 | Email/Text: mrdiscen@discover.com | Dec 02 2020 05:20:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14113935 | Email/Text: mrdiscen@discover.com | Dec 02 2020 05:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14109035 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:11:18 | Amazon-Chase Card Services, PO Box 15153, Wilmington, DE 19886 |
| 14109039 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:13:23 | Chase Slate-Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 34 |

| 14109043 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Levin-Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
|---|---|---|---|
| 14109044 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14143811 | Email/Text: bankruptcy@mynycb.com | Dec 02 2020 05:20:00 | New York Community Bank, 1801 East Ninth Street, OH99-0222, Cleveland, OH 44114 |
| 14109048 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Q-Card-Synchrony Bank, P.O. Box 530905, Orlando, FL 32896-5060 |
| 14229306 | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2020 05:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14136453 | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2020 05:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14109530 | Email/PDF: rmscedi@recoverycorp.com | Dec 02 2020 05:13:27 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14109049 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14109050 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Sams Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14121914 | + Email/Text: bncmail@w-legal.com | Dec 02 2020 05:21:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14109053 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109055 | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2020 05:11:17 | Walmart Master Card/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | New York Community Bank |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109042 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14109045 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14229307 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109054 | * | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109052 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0315-2                             User: dric                                    Page 3 of 3
Date Rcvd: Dec 01, 2020                          Form ID: pdf900                               Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ann E. Swartz | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New York Community Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com |
| Christopher M. Frye | on behalf of Joint Debtor Gretchen W. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy A. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10