| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Timothy A. Stewart** | Social Security number or ITIN  xxx–xx–5200 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gretchen W. Stewart** | Social Security number or ITIN  xxx–xx–9532 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–23443–CMB** | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy A. Stewart
aka Timothy Alan Stewart

Gretchen W. Stewart
aka Gretchen J. Stewart, aka Gretchen Wagner Gettens, fka Gretchen Joyce Wagner

<u>1/21/21</u>

**By the court:**    <u>Carlota M. Bohm</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23443-CMB |
| Timothy A. Stewart | Chapter 13 |
| Gretchen W. Stewart | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 3 |
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A. Stewart, Gretchen W. Stewart, 237 Roscommon Place, McMurray, PA 15317-2447 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14109036 | | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14109038 | + | Capital One, P. O. Box 71087, Charlotte, NC 28272-1087 |
| 14109046 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14768243 | + | Freedom Mortgage Corporation, 10500 Kincaid Boulevard, Fishers, IN 46037-9764 |
| 14149895 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14109047 | | New York Community Bank, PO Box 742579, Cincinnati, OH 45274-2579 |
| 14121615 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 22 2021 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 22 2021 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 03:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Jan 22 2021 05:53:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14160097 | EDI: BECKLEE.COM | Jan 22 2021 05:53:00 | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14118384 | EDI: HNDA.COM | Jan 22 2021 05:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14109037 | EDI: AMEREXPR.COM | Jan 22 2021 05:53:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14133568 | EDI: CAPITALONE.COM | Jan 22 2021 05:53:00 | Capital One, N.A., PO Box 71083, Charlotte, NC |

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 14109040 | | EDI: WFNNB.COM | Jan 22 2021 05:53:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14165350 | | EDI: AIS.COM | Jan 22 2021 05:53:00 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14109041 | | EDI: DISCOVER.COM | Jan 22 2021 05:53:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14113935 | | EDI: DISCOVER.COM | Jan 22 2021 05:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14347441 | | EDI: ECMC.COM | Jan 22 2021 05:53:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14109035 | | EDI: JPMORGANCHASE | Jan 22 2021 05:53:00 | Amazon-Chase Card Services, PO Box 15153, Wilmington, DE 19886 |
| 14109039 | | EDI: JPMORGANCHASE | Jan 22 2021 05:53:00 | Chase Slate-Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14109043 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Levin-Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 14109044 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14143811 | + | Email/Text: bankruptcy@mynycb.com | Jan 22 2021 03:46:00 | New York Community Bank, 1801 East Ninth Street, OH99-0222, Cleveland, OH 44114 |
| 14109048 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Q-Card-Synchrony Bank, P.O. Box 530905, Orlando, FL 32896-5060 |
| 14229306 | | EDI: Q3G.COM | Jan 22 2021 05:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14136453 | | EDI: Q3G.COM | Jan 22 2021 05:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14109530 | | EDI: RECOVERYCORP.COM | Jan 22 2021 05:53:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14109049 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14109050 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Sams Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14121914 | + | Email/Text: bncmail@w-legal.com | Jan 22 2021 03:47:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14109053 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109051 | | EDI: WTRRNBANK.COM | Jan 22 2021 05:53:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14109055 | | EDI: RMSC.COM | Jan 22 2021 05:53:00 | Walmart Master Card/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | New York Community Bank |

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: 3180W | Total Noticed: 36 |

| | | |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109042 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14109045 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14229307 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109054 | * | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109052 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New York Community Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com |
| Christopher M. Frye | on behalf of Joint Debtor Gretchen W. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy A. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10