**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY A. STEWART
    GRETCHEN W. STEWART
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-23443

Chapter 13

Document No.:   66

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____21st_____ day of _____January_____, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
1/21/21 7:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 15-23443-CMB

Timothy A. Stewart                                                          Chapter 13

Gretchen W. Stewart

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: aala | Page 1 of 3
:---|:---:|---:
Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy A. Stewart, Gretchen W. Stewart, 237 Roscommon Place, McMurray, PA 15317-2447 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14160097 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14109036 | | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14109037 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14109038 | + | Capital One, P. O. Box 71087, Charlotte, NC 28272-1087 |
| 14109046 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14347441 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14768243 | + | Freedom Mortgage Corporation, 10500 Kincaid Boulevard, Fishers, IN 46037-9764 |
| 14149895 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14109047 | | New York Community Bank, PO Box 742579, Cincinnati, OH 45274-2579 |
| 14121615 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14109051 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Jan 22 2021 03:51:28 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14118384 | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 22 2021 03:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 14133568 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 22 2021 03:58:59 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14109040 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 03:46:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14165350 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 22 2021 03:55:38 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14109041 | Email/Text: mrdiscen@discover.com | Jan 22 2021 03:46:00 | Discover, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14113935 | Email/Text: mrdiscen@discover.com | Jan 22 2021 03:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14109035 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 22 2021 03:58:58 | Amazon-Chase Card Services, PO Box 15153, Wilmington, DE 19886 |
| 14109039 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 22 2021 03:55:13 | Chase Slate-Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |

District/off: 0315-2 | User: aala | Page 2 of 3
Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 34

| 14109043 | Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Jan 22 2021 03:51:18 | Levin-Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 14109044 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 22 2021 03:55:11 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14143811 | + Email/Text: bankruptcy@mynycb.com | | |
| | | Jan 22 2021 03:46:00 | New York Community Bank, 1801 East Ninth Street, OH99-0222, Cleveland, OH 44114 |
| 14109048 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 22 2021 03:58:55 | Q-Card-Synchrony Bank, P.O. Box 530905, Orlando, FL 32896-5060 |
| 14229306 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 22 2021 03:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14136453 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 22 2021 03:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14109530 | Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jan 22 2021 03:51:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14109049 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 22 2021 03:51:18 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14109050 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 22 2021 03:58:55 | Sams Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14121914 | + Email/Text: bncmail@w-legal.com | | |
| | | Jan 22 2021 03:47:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14109053 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 22 2021 03:58:55 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109055 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 22 2021 03:58:55 | Walmart Master Card/SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | New York Community Bank |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109042 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Honda Financial Services, 1220 Old Alpharetta Road, Suite 350, Alpharetta, GA 30005 |
| 14109045 | * | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14229307 | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109054 | * | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14109052 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New York Community Bank bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor New York Community Bank ecfmail@mwc-law.com |
| Christopher M. Frye | on behalf of Joint Debtor Gretchen W. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530 37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy A. Stewart chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530 37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10