IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Timothy A. Stewart | ) | Case No.  15-23443-CMB |
| Gretchen W. Stewart, | ) | |
| | ) | Chapter 13 |
| Debtors | ) | Docket No. |
| | ) | |
| | ) | |
| Timothy A. Stewart | ) | |
| Gretchen W. Stewart, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Freedom Mortgage Corporation and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE REGARDING
MOTION TO ENFORCE TRUSTEE'S REPORT OF RECEIPTS AND
DISBURSEMENTS, NOTICE OF FINAL CURE PAYMENT, AND DISCHARGE
ORDER ALONG WITH REQUEST FOR PAYMENT OF LEGAL FEES AND
EXPENSES**

TO THE RESPONDENT(S):

*You are hereby notified that the above Movants seek an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movants a response to the Motion no later than Thursday, May 6, 2021, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on Tuesday, May 25, 2021 at 1:30 pm before Judge Carlota M. Böhm via the *Zoom Video Conference Application* ("Zoom").  To

participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191  For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328.  ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at***
***https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf***.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.  When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.


Date of Service: April 19, 2021            /s/Christopher M. Frye
                                           Christopher M. Frye, Esquire
                                           STEIDL & STEINBERG
                                           28th Floor-Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 391-8000
                                           PA I. D. No.  208402
                                           chris.frye@steidl-steinberg.com