**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**Timothy A. Stewart aka Timothy Alan Stewart;**<br>**Gretchen W. Stewart aka Gretchen J. Stewart, fka Gretchen Joyce Wagner, aka Gretchen Wagner Gettens**<br>                              **Debtor(s)** | **BK NO. 15-23443 CMB**<br><br>**Chapter 13**<br><br>**Related Documents:** 80, 81, 82 |
| **Timothy A. Stewart & Gretchen Stewart**<br>                              **Movants**<br>          **vs.**<br>**Freedom Mortgage Corporation**<br>                              **Respondent**<br>**Ronda J. Winnecour**,<br>**Trustee** | |

Freedom Mortgage Corporation, by and through its counsel, KML Law Group, P.C. hereby responds to debtors Motion to Enforce Trustee's Report as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.  The Response to Notice of Final Cure agreed that the debtor had cured the pre-petition arrears in Part 2 and agreed that the debtor was post-petition current with the next post-petition payment being due on 11/1/2020.

8. Admitted.

9. Admitted. The last payment made by the Chapter 13 Trustee was on 10/26/2020 in the amount of $1,275.58. The total amount disbursed by the Chapter 13 Trustee for the mortgage in question was $78,304.77.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted. No payment was made by the Debtor or Trustee in November 2020.

14. Denied. The Bankruptcy was filed on 9/18/2015. As such, the first post-petition payment was due on 10/1/2015. Pursuant to the Proof of Claim and Notice of Payment Changes the post-petition payments were:

| DOC: | FILED: | EFFECTIVE: | PAY AMOUNT |
|---|---|---|---|
| POC | 11/25/2015 | 10/1/2015 | 1254.76 |
| NOPC | 8/29/2016 | 10/1/2016 | 1266.46 |
|  | 8/29/2017 | 10/1/2017 | 1251.86 |
|  | 12/11/2018 | 1/1/2019 | 1269.57 |
|  | 11/7/2019 | 12/1/2019 | 1275.58 |
|  | 11/4/2020 | 12/1/2020 | 1275.65 |

15. Denied insofar as the documents speak for themselves.

16. Admitted.

17. Respondent is without information or belief as to the communications between the Trustee and Debtor.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

Wherefore, respondent, Freedom Mortgage Company respectfully requests that the motion be denied in its entirety.

                                                  Respectfully submitted,

/s/ Brian C. Nicholas, Esq.
Brian C. Nicholas, Esq.
Attorney ID 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com

Dated:  May 6, 2021