| Fill in this information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | TIMOTHY A STEWART  aka Timothy Alan Stewart | | |
| **Debtor 2** (Spouse, if filing) | GRETCHEN W STEWART  aka Gretchen J. Stewart fka Gretchen Joyce Wagner aka Gretchen Wagner Gettens | | |
| United States Bankruptcy Court for the : **Western** | | **District of** | **Pennsylvania** (State) |
| **Case number** | 15-23443-CMB | | |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**    Freedom Mortgage Corporation            **Court claim no.** (if known):    8

**Last four digits** of any number you use to identify the debtors' account:    XXXXXX6090

**Date of payment change:** Must be at least 21 days after date of this notice        1/1/2019

**New total payment:** Principal, interest, and escrow, if any        $1,269.57

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ 287.86            **New escrow payment :**    $ 305.57

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:**           %        **New interest rate:**         %
   **Current principal and interest payment:**    $ _____        **New principal and interest payment:**    $ _____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**    $ _____        **New mortgage payment:**    $ _____

| Debtor 1 | TIMOTHY A STEWART  aka Timothy Alan Stewart | Case number *(if known)* 15-23443-CMB |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Kinnera  Bhoopal                                               Date   12/11/2018
    Signature

Print:   Kinnera                              Bhoopal                Title   Authorized Agent
         First Name    Middle Name            Last Name

Company   McCalla Raymer Leibert Pierce, LLC, Authorized Agent for Freedom Mortgage Corporation

Address   1544 Old Alabama Road
          Number    Street
          Roswell              GA            30076
          City                 State         ZIP Code

Contact phone    (312) 348-9088 X5172                                 Email   Kinnera.Bhoopal@mccalla.com

|  |  |
|---|---|
| In Re:<br>　　TIMOTHY A STEWART<br>　　aka Timothy Alan Stewart<br>　　GRETCHEN W STEWART<br>　　aka Gretchen J. Stewart<br>　　fka Gretchen Joyce Wagner<br>　　aka Gretchen Wagner Gettens | Bankruptcy Case No.:　15-23443-CMB<br>Chapter:　13<br>Judge:　Carlota M. Bohm |

CERTIFICATE OF SERVICE

　　I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

　　That I am, and at all times hereinafter mentioned, was more than 18 years of age;

　　That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Timothy A. Stewart
237 Roscommon Place
McMurray, PA 15317

Gretchen W. Stewart
237 Roscommon Place
McMurray, PA 15317

Christopher M. Frye　　　　　　　　　　　　　(served via ECF Notification)
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour, Trustee　　　　　　　　　(served via ECF Notification)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee　　　　　　　　　　　　　　　　(served via ECF Notification)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

　　I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:　　12/11/2018　　　By:　　/s/Kinnera Bhoopal
　　　　　　　　　(date)　　　　　　　　Authorized Agent for Freedom Mortgage Corporation

**FREEDOM MORTGAGE®**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

GRETCHEN W STEWART
TIMOTHY A STEWART
237
237 ROSCOMMON PL
MC MURRAY PA 15317-2447

### Escrow Account Disclosure Statement

**Account Information**

| | |
|---|---|
| Loan Number: | |
| Property Address: | 237 ROSCOMMON PLACE |
| | MC MURRAY PA 15317 0000 |
| Statement Date: | 11/09/2018 |
| Current Payment Amount: | $1,251.86 |
| **New Payment Amount:** | **$1,269.57** |
| **New Payment Effective Date:** | **01/01/2019** |

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there's enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable.

Based on our review, you have a shortage of $127.62. This shortage was caused by changes in your taxes or insurance. To see these changes, refer to Part 2.

| | |
|---|---|
| Projected Minimum Balance | $462.26 |
| - Required Minimum Balance | $589.88 |
| Shortage Amount | $127.62 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

To correct your shortage, we've outlined two different payment options for you to choose from:

### PART 1 — Your Mortgage Payment

Payment information beginning with your 01/01/2019 payment

**Option 1**

Step 1 - Pay your shortage in full by using the coupon below.

Step 2 - After your shortage of $127.62 is applied, your new monthly payment amount will be $1,258.94.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $964.00 | $964.00 |
| Escrow Payment | $287.86 | $294.94 |
| Shortage Spread: | $0.00 | $0.00 |
| Total Payment: | $1,251.86 | $1,258.94 |

· · · · · · · · · · · · · · · · · · · · · · · · · · · OR · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Option 2**

If you choose not to pay your shortage in full (Option 1), this amount will automatically be spread over 12 months. Your new monthly payment will be $1,269.57.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest | $964.00 | $964.00 |
| Escrow Payment | $287.86 | $294.94 |
| Shortage Spread: | $0.00 | $10.63 |
| Total Payment: | $1,251.86 | $1,269.57 |

**NOTICE:** Freedom Mortgage is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

---

**FREEDOM MORTGAGE®**

GRETCHEN W STEWART
TIMOTHY A STEWART
237
237 ROSCOMMON PL
MC MURRAY PA 15317 2447

FREEDOM MORTGAGE
29730 NETWORK PLACE
CHICAGO, IL 60673-1297

### ESCROW SHORTAGE COUPON

Loan Number: ▮    Shortage Amount: $127.62

☐ Enclosed is a check for the **total** shortage amount. My new monthly mortgage payment will be adjusted to reflect the new monthly escrow deposit.

☐ Enclosed is a check for a **portion** of the shortage amount. I understand that the remaining shortage will be spread evenly for the duration of the shortage repayment period.

**If you choose to do nothing, the entire shortage amount will be spread over the next 12 months and your new monthly payment will be as calculated by this analysis.**

| Escrow Shortage Amount Enclosed |
|---|
| |

*Please write your loan number on your check and return this coupon with your payment.*

## PART 2 — Your Escrow Account History

The chart below reflects what actually happened in your escrow account since the last analysis. This compares what we expected to occur with what actually happened.

| Date | Payment to Escrow | What We Estimated to Pay In | What We Paid Out | What We Estimated to Pay Out | Description | Actual Balance | Last Year's Estimated Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $2,608.95 | $2,629.82 |
| Jul 2018 | $0.00 | $287.86 | $0.00 | $0.00 | | $2,608.95 | $2,917.68 |
| Aug 2018 | $287.86 | $287.86 | $2,693.98 | $2,629.82 * | SCHOOL/ISD TAX | $202.83 | $575.72 |
| Sep 2018 | $287.86 | $287.86 | $0.00 | $0.00 | | $490.69 | $863.58 |
| Oct 2018 | $287.86 | $287.86 | $0.00 | $0.00 | | $778.55 | $1,151.44 |
| Nov 2018 | $287.86 | $287.86 | $0.00 | $0.00 | | $1,066.41 | $1,439.30 |
| Dec 2018 | $0.00 | $287.86 | $0.00 | $0.00 | E | $1,066.41 | $1,727.16 |
| Jan 2019 | $0.00 | $287.86 | $0.00 | $0.00 | E | $1,066.41 | $2,015.02 |
| Feb 2019 | $0.00 | $287.86 | $0.00 | $0.00 | E | $1,066.41 | $2,302.88 |
| Mar 2019 | $0.00 | $287.86 | $0.00 | $507.00 | E COUNTY TAX | $1,066.41 | $2,083.74 |
| Apr 2019 | $0.00 | $287.86 | $0.00 | $0.00 | E | $1,066.41 | $2,371.60 |
| May 2019 | $0.00 | $287.86 | $0.00 | $0.00 | E | $1,066.41 | $2,659.46 |
| Jun 2019 | $0.00 | $287.86 | $0.00 | $317.55 | E TOWNSHIP TAX | $1,066.41 | $2,629.77 |
| Total | $1,151.44 | $3,454.32 | $2,693.98 | $3,454.37 | | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

LOAN NUMBER ▉▉▉▉▉▉

(This space intentionally left blank)

**FREEDOM MORTGAGE®**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 237 ROSCOMMON PLACE |
| | MC MURRAY PA 15317 0000 |
| Statement Date: | 11/09/2018 |
| Current Payment Amount: | $1,251.86 |
| **New Payment Amount:** | **$1,269.57** |
| **New Payment Effective Date:** | **01/01/2019** |

GRETCHEN W STEWART
TIMOTHY A STEWART
237
237 ROSCOMMON PL
MC MURRAY PA 15317-2447

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| COUNTY TAX | $507.00 |
| SCHOOL/ISD TAX | $2,693.98 |
| TOWNSHIP TAX | $338.41 |
| **Total Disbursements** | **$3,539.39** |

Freedom expects to pay $3,539.39 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $3,539.39 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$294.94** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $1,642.13 | $1,769.75 |
| Jan 2019 | $294.94 | $0.00 | | $1,937.07 | $2,064.69 |
| Feb 2019 | $294.94 | $0.00 | | $2,232.01 | $2,359.63 |
| Mar 2019 | $294.94 | $507.00 | COUNTY TAX | $2,019.95 | $2,147.57 |
| Apr 2019 | $294.94 | $0.00 | | $2,314.89 | $2,442.51 |
| May 2019 | $294.94 | $0.00 | | $2,609.83 | $2,737.45 |
| Jun 2019 | $294.94 | $338.41 | TOWNSHIP TAX | $2,566.36 | $2,693.98 |
| Jul 2019 | $294.94 | $0.00 | | $2,861.30 | $2,988.92 |
| Aug 2019 | $294.94 | $2,693.98 | SCHOOL/ISD TAX | $462.26 | $589.88 * |
| Sep 2019 | $294.94 | $0.00 | | $757.20 | $884.82 |
| Oct 2019 | $294.94 | $0.00 | | $1,052.14 | $1,179.76 |
| Nov 2019 | $294.94 | $0.00 | | $1,347.08 | $1,474.70 |
| Dec 2019 | $294.94 | $0.00 | | $1,642.02 | $1,769.64 |
| | $3,539.28 | $3,539.39 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $127.62.

Please refer to Part 1 for your repayment options. For your convenience, your shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,269.57. If you choose to repay your shortage please refer to Part 1, Option 1.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: