Fill in this information to identify the case:

Debtor 1   Timothy A. Stewart aka Timothy Alan Stewart

Debtor 2   Gretchen W. Stewart aka Gretchen J. Stewart, fka Gretchen Joyce Wagner, aka Gretchen Wagner Gettens

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   15-23443 CMB

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION           **Court claim no.** (if known): _____8_____

**Last 4 digits** of any number you use to identify the debtor's account: 6090

**Date of payment change:**
Must be at least 21 days after date of this notice           12/1/19

**New total payment:**           $1,275.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $305.57           New escrow payment:  $ 311.58

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%           New interest rate:  _____%

   Current principal and interest payment: $_____           New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____           New mortgage payment: $_____

| Debtor(s) | Timothy A. Stewart, and Gretchen W. Stewart | Case number (*if known*) 15-23443 CMB |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz             Date  11/5/19
Signature

| Print: | Rebecca A. Solarz   ATT ID: 315936 | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company  KML Law Group, P.C.

Address  701   Market Street, Suite 5000
Number   Street
Philadelphia,                PA    19106
City                        State   ZIP Code

Contact phone (215) 627–1322    Email RSolarz@kmllawgroup.com