**Fill in this information to identify the case:**

Debtor 1    Timothy A. Stewart aka Timothy Alan Stewart

Debtor 2    Gretchen W. Stewart aka Gretchen J. Stewart, fka Gretchen Joyce Wagner, aka Gretchen Wagner Gettens

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   15-23443 CMB

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 6090

**Date of payment change:**
Must be at least 21 days after date of this notice        12/1/2020

**New total payment:**        $1,275.65
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $311.58        New escrow payment: $ 314.65

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Debtor(s)   Timothy A. Stewart, and Gretchen W. Stewart            Case number (*if known*)  15-23443 CMB
            First Name    Middle Name      Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian C. Nicholas, Esquire          Date   11/04/2020
Signature

Print:       Brian C. Nicholas, Esquire   ATT ID: 314270            Title  Attorney for Creditor
             First Name      Middle Name       Last Name

Company:     KML Law Group, P.C.

Address:     701           Market Street, Suite 5000
             Number        Street
             Philadelphia,                    PA    19106
             City                             State  ZIP Code

Contact phone  (215) 627–1322        Email  bnicholas@kmllawgroup.com